STATE ex rel. DAVID J. McFARLAND, Petitioner, v. The DISTRICT COURT OF the ELEVENTH JUDICIAL DISTRICT of THE STATE OF MONTANA, in and for the the COUNTY OF FLATHEAD, and the Honorable ROBERT S. KELLER, a Judge thereof, Respondents.

No. 11918.
Decided Aug. 10, 1970.
472 P.2d 1023.

ORDER

PER CURIAM:

The application for Writ of Supervisory Control or other appropriate writ in the above entitled matter is hereby denied.